## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tanya J. McCloskey, Acting Consumer : 
Advocate, : 
                          Petitioner : 
                                     : 
             v.                      :          No. 697 C.D. 2018
                                     : 
Pennsylvania Public Utility          : 
Commission,                          : 
                          Respondent

## O R D E R

NOW, September 4, 2019, upon consideration of Intervenors' application for reargument, and Petitioner's answer in response thereto, the application is denied.

_____

MARY HANNAH LEAVITT,
President Judge